**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 74.66.74.118**

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/10/2017 18:45:10 | CABE273D8FF8D9EBF43B0BF12B8877F965682F8A | I Cook Naked |
| 08/26/2017 18:11:55 | 02C86CB51F68272CAEEC64317C144AA56D93A093 | Pure Gold |
| 02/20/2017 22:15:25 | EF5D3E916213DDB9A9FFC87DE6AEEA20F7368191 | Want To Fuck My Wife |
| 01/05/2017 23:13:50 | 050E32E15C163D01473729625E7D1F00CE18702A | Introducing Milla |
| 11/17/2016 23:01:25 | 19F6E02D280B807CEE41B83C287CA61C31F72D23 | Introducing Miss Jones |
| 07/06/2016 22:00:35 | F01147450A619801165684E7FED2FE6EB78047E2 | The Ranch Hand |
| 05/13/2016 22:03:49 | 85E4FEDCAA68C4D1260576213ED94EE4E65776E5 | Rub Me The Right Way Too |
| 04/23/2016 00:26:47 | 25E6CE0F9DCE6D0CA7DB1F688DC6A6F41A03BE9F | Perfectly Taylored |
| 02/20/2016 20:10:14 | 362FB7E746ECC728CC04D51C3DF154477A0EDF79 | Loving It Hard And Deep |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

SNY403